UNITED STATES DISTRICT COURT
FOR THE EAST ERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CT-3053-BO

| | | |
|---|---|---|
| BOYCE S. MONEYHAN and DONALD NELSON, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| ALVIN W. KELLER, et. al., | ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the motion of Defendants for a stay of this Court's

Scheduling Order in this pro se Section 1983 action.

FOR GOOD CAUSE SHOWN, IT IS ORDERED that this Court's Scheduling Order filed

on 17 June 2011, is hereby STAYED until thirty days after North Carolina Prisoner Legal Services

files its response to this Court's Second Order of Investigation in this matter.

This the ___28th___ day of ___July_____, 2011.


_____
United States Magistrate / Judge